UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| KEITH E. BERRY,<br><br>                Plaintiff,<br><br>v.<br><br>RUSSELL O'FERRELL, et al.,<br><br>                Defendants. | No. C09-5042 RBL/KLS<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

The Court, having reviewed the report and recommendation, Plaintiff's application to proceed *in forma pauperis* and the remaining record, hereby finds and **ORDERS**:

(1) The Magistrate Judge's Report and Recommendation is approved and adopted.

(2) Plaintiff shall pay the required filing fee ($350.00) to the Clerk of the Court within thirty (30) days of the date of this Order, otherwise this action will be dismissed.

(3) The Clerk is directed to send copies of this Order to Plaintiff and any other party that has appeared in this action.

**DATED** this 23rd day of September, 2009.

                                                                       Ronald B. Leighton
                                                                       United States District Judge

REPORT AND RECOMMENDATION - 1