# United States District Court

WESTERN DISTRICT OF WASHINGTON

KEITH E. BERRY,

    PLAINTIFF,

v.

JUDGMENT IN A CIVIL CASE

RUSSELL O'FERRELL, et al.,

    DEFENDANTS

CASE NUMBER: C09-5042RBL

____ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X    **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

This cause of action is **DISMISSED**

October 29, 2009

BRUCE RIFKIN
Clerk

/s/ Pat LeFrois
_____
Deputy Clerk